UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVENS LIBERATORE,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>       Defendant. | Case No.  16-cv-3439-TEH<br><br>JUDGMENT |

As set forth in the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED.

Dated: 10/11/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Liberatore3439.jud.docx